# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN EUGENE LEPLEY, | Case No. 2:16-cv-02848-RFB-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

Presently before the court is plaintiff's motion to extend copy work (ECF No. 48), filed on April 1, 2019. Also before the court is plaintiff's second motion to extend copy work (ECF No. 57), filed on July 3, 2019. In his first motion to extend, plaintiff moves the court to extend his copy work account limit, as he has exceeded the $100.00 in debt that he is permitted to accrue. (Mot. to Extend (ECF No. 48).) In his second motion to extend, plaintiff moves to extend his copy work limit by $25.00. (Mot. to Extend (ECF No. 57).)

Under NDOC Administrative Regulation 722.01(7), copies of legal documents may be made for inmates for a nominal fee. Inmates "can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." NDOC Regulation 722.01(7)(D). However, a court may "order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties." *Allen v. Clark Cnty. Det. Ctr.*, 2:10-CV-00857-RLH-GWF, 2011 WL 886343, \*2 (D. Nev. Mar. 11, 2011).

Here, the court finds it necessary to extend plaintiff's copy work limit, given that this case is still in its early stages. The court therefore grants plaintiff's second motion and denies the first motion as moot. Plaintiff's copy work limit shall be increased by $25.00 at this time. If plaintiff exhausts the $25.00 and requires additional funds, he may file a motion requesting an extension

of the limit. Plaintiff is further advised to use his copying privileges sparingly, and to refrain from filing numerous and duplicative motions.

IT IS THEREFORE ORDERED that plaintiff's second motion to extend copy work (ECF No. 48) is GRANTED. Plaintiff's copy work limit is increased by $25.00.

IT IS FURTHER ORDERED that plaintiff's second motion to extend copy work (ECF No. 57) is DENIED as moot.

DATED: July 15, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE